UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>                    Plaintiff,      )<br>                                    )<br>v.                                  )<br>                                    )<br>JUSTIN JOSEPH CERRUTI,              )<br>                                    )<br>                    Defendant.      )<br>_____) | No. CR-06-024-EFS<br><br>ORDER DENYING DEFENDANT'S SECOND MOTION FOR RECONSIDERATION SETTING CONDITIONS OF RELEASE |

Before the court is defendant's Second Motion for Reconsideration Setting Conditions of Release (Ct. Rec. 52), taken under advisement after hearing on November 3, 2006, to permit review of the new proposed release plan with Dustin and Dawn Smith. Assistant U.S. Attorney George Jacobs appeared for the United States. Defendant was present with counsel Bevan Maxey.

Mr. Smith has known defendant since they were children. Mr. and Mrs. Smith have two small children and are willing to have defendant live with them in their home while he undergoes intensive out-patient treatment. Although Mr. Smith's declaration reflects he is aware of the pending charges against defendant, it does not state awareness of the contention that defendant's mother purchased a weapon found in defendant's possession for his protection after he

ORDER DENYING DEFENDANT'S SECOND MOTION
FOR RECONSIDERATION SETTING CONDITIONS FOR
RELEASE - 1

received death threats.  As such, the undersigned is unable to conclude the residence plan is sufficiently structured to permit defendant's release at this time to the prospective sponsors.  The motion, therefore, must be DENIED.

**IT IS SO ORDERED.**

DATED November 22, 2006.

                          s/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S SECOND MOTION
FOR RECONSIDERATION SETTING CONDITIONS FOR
RELEASE - 2